IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICHOLAS BROWN,

    Plaintiff,

      v.

HON. BRIAN OWENS
COMMISSIONER, G.D.C., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1437-TWT

ORDER

    This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending transferring this case to the Rome Division. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED TO the Rome Division.

    SO ORDERED, this 14 day of June, 2012.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge